**Electronically Filed
Supreme Court
SCPW-13-0000408
07-JUN-2013
07:51 AM**

SCPW-13-0000408

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent,

vs.

CHRIS SLAVICK, Petitioner.

---

ORIGINAL PROCEEDING
(Cr. No. 04-1-001534)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

On May 30, 2013, the appellate clerk filed a document submitted by petitioner Christopher Lee Slavick entitled "Motion for Release pending disposition of Habeas Corpus Rule 23(B); Request for Reconsideration of All Habeas Corpus filed, within 10 day time statute, and more Habeas Statutes". Upon consideration of the document as a motion for reconsideration of the May 8, 2013 order denying his petition for a writ of habeas corpus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

IT IS HEREBY FURTHER ORDERED that the appellate clerk shall not accept any further filings in this closed original proceeding.

DATED: Honolulu, Hawai'i, June 7, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

